**O'HAGAN MEYER LLP**
ASHLEIGH R. KASPER, SB# 294963
   E-Mail: akasper@ohaganmeyer.com
550 S. Hope Street, Suite 2400
Los Angeles, CA 90071
Telephone: 213.647.0005

**O'HAGAN MEYER LLP**
ALEXANDER HAWGOOD, SB# 316812
   E-Mail: ahawgood@ohaganmeyer.com
4695 MacArthur Ct., Suite 900
Newport Beach, CA 92660
Telephone: 949.519.2080

Attorneys for Defendants MOUNTAIN VIEW PRODUCTIONS, LLC; 51 MINDS, LLC; 51 MINDS ENTERTAINMENT, LLC; ENDEMOL SHINE US OFFICE, LLC, and ENDEMOL USA HOLDINGS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA SUAREZ, an individual; and GREY DUDDLESTON, an individual,<br><br>           Plaintiffs,<br><br>     vs.<br><br>NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; BRAVO MEDIA, LLC, a Delaware limited liability company; MOUNTAIN VIEW PRODUCTIONS, LLC, a California limited liability company; 51 MINDS, LLC, a Delaware limited liability company; 51 MINDS ENTERTAINMENT, LLC, a New York limited liability company; ENDEMOL SHINE US OFFICE, LLC, a Delaware limited liability company; ENDEMOL USA HOLDING, INC., a Delaware corporation; GARY KING, an individual; and DOES 1-50, inclusive,<br><br>           Defendants. | Case No. CV 25-3568-GW-ADSx<br><br>**ORDER TO REMAND MATTER TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (LASC CASE NO. 25STCV08353)** |

1

[PROPOSED] ORDER GRANTING STIPULATION TO REMAND

**ORDER**

The Court, having read and considered the Stipulation to Remand Matter to the Superior Court of California, and for good cause shown, hereby ORDERS as follows:

1. This action is REMANDED to the Superior Court of California for the County of Los Angeles as *Samantha Suarez, et al. v. NBCUniversal Media, LLC, et al.* Case No. 25STCV08353;

2. All deadlines, hearings, and other dates in this matter are VACATED.

IT IS SO ORDERED.

DATED: May 30, 2025

*[signature]*

HON. GEORGE H. WU,
United States District Judge